# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-682
Lower Tribunal No. CF14-002603-XX

_____

JUSTIN D. HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

June 18, 2024

PER CURIAM.

   AFFIRMED.

NARDELLA and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Rachael E. Reese, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED